United States Bankruptcy Court for the:

Southern District of New York

Case number (*If known*): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1. Debtor's name** | Gateway Kensington LLC | |
| **2. All other names debtor used in the last 8 years** Include any assumed names, trade names, and *doing business as* names | | |
| **3. Debtor's federal Employer Identification Number (EIN)** | 46-4567149 | |
| **4. Debtor's address** | **Principal place of business** 15 Kensington Road Number  Street  Bronxville  NY  10708 City  State  ZIP Code  Westchester County County | **Mailing address, if different from principal place of business** One Greenwich Office Park South Number  Street Suite 350 P.O. Box Greenwich  CT  06831 City  State  ZIP Code  **Location of principal assets, if different from principal place of business** Number  Street City  State  ZIP Code |
| **5. Debtor's website** (URL) | | |
| **6. Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ | |

Official Form 201                 Voluntary Petition for Non-Individuals Filing for Bankruptcy                 page 1

Debtor  Gateway Kensington LLC
        Name

Case number (if known) _____

### 7. Describe debtor's business

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☑ None of the above

B. *Check all that apply:*
- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .
1531

### 8. Under which chapter of the Bankruptcy Code is the debtor filing?

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11. *Check all that apply*:
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

### 9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?

If more than 2 cases, attach a separate list.

- ☑ No
- ☐ Yes. District _____ When _____ (MM/DD/YYYY) Case number _____
         District _____ When _____ (MM/DD/YYYY) Case number _____

### 10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?

List all cases. If more than 1, attach a separate list.

- ☑ No
- ☐ Yes. Debtor _____ Relationship _____
         District _____ When _____ (MM/DD/YYYY)
         Case number, if known _____

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 2

Debtor  Gateway Kensington LLC _____  Case number *(if known)*_____
          Name

**11. Why is the case filed in *this district*?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
            Number    Street

_____
_____
City                                                State    ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
         Contact name _____
         Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

Debtor  Gateway Kensington LLC  
Name

Case number (*if known*)_____

| | | | |
|---|---|---|---|
| **16. Estimated liabilities** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☑ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  05/14/2021  
MM / DD / YYYY

✗ /s/ John Fareri  
Signature of authorized representative of debtor

John Fareri  
Printed name

Title  Manager

**18. Signature of attorney**

✗ /s/ Erica Aisner  
Signature of attorney for debtor

Date  05/14/2021  
MM / DD / YYYY

Erica Aisner  
Printed name

Kirby Aisner & Curley LLP  
Firm name

700 Post Road Suite 237  
Number    Street

Scarsdale                    NY        10583  
City                         State     ZIP Code

(914) 401-9500               eaisner@kacllp.com  
Contact phone                Email address

4106084                      NY  
Bar number                   State

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page **4**

500 WPA LLC
One Greenwich Office Park South
Suite 350
Greenwich, CT 06831

Greenwich Premier Services Co.
One Greenwich Office Park South
Suite 350
Greenwich, CT 06831

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

James Carnicelli Jr.
14 Dunham Road
Scarsdale, NY 10583

James Carnicelli, Jr.
c/o Pastore & Dailey LLC
4 High Ridge Park, Third Floor
Stamford, CT 06905

James Carnicelli, Jr.
c/o Steven L. Levitt, Levitt LLP
129 Front Street
Mineola, NY 11501

Levitt LLP
Steven L. Levitt, Esq.
129 Front Street
Mineola, NY 11501

New York State Office of the Attorney General
28 Liberty Street
Attn: Bankruptcy Counsel
New York, NY 10005

NYS Dept. Taxation & Finance
Bankruptcy/ Special Procedures Section
P.O. Box 5300
Albany, NY 12205-0300

Office of the United States Trustee
US Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014

Pastore & Dailey LLC
Attn: Joseph M. Pastore III, Esq.
4 High Ridge Park, Third Floor
Stamford, CT 06905

Sterling National Bank
One Jericho Plaza
Suite 304, Wing B
Jericho, NY 11753

The Gateway Development Group
One Greenwich Office Park South
Suite 350
Greenwich, CT 06831

Villa BXV Condominium
15 Kensington Road
Bronxville, NY 10708

Wescorp
One Greenwich Office Park South
Suite 350
Greenwich, CT 06831

21-22274-rdd    Doc 1    Filed 05/14/21    Entered 05/14/21 11:00:07    Main Document
Pg 5 of 8

United States Bankruptcy Court

Southern District of New York

In re: Gateway Kensington LLC

Case No.

Chapter  11

Debtor(s)

## Verification of Creditor Matrix

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 05/14/2021

/s/ John Fareri
Signature of Individual signing on behalf of debtor

Manager
Position or relationship to debtor

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
In re:

GATEWAY KENSINGTON LLC,

Chapter 11
Case No.: 21-

------------------------------------------------------------------X

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, John Fareri, declare under penalty of perjury that I am the Manager of Gateway Kensington LLC (the "Company"), and that the following is a true and correct copy of the resolutions adopted by the Board of Managers of said Company at a special meeting duly called and held on May 14, 2021.

"Whereas, it is in the best interest of this Company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved that John Fareri, in his capacity as Manager of the Company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the Company; and

Be It Further Resolved, that John Fareri, in his capacity as Manager of the Company is authorized and directed to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Company in connection with such bankruptcy case, and

Be It Further Resolved that John Fareri, in his capacity as Manager of the Company is authorized and directed to employ Kirby Aisner & Curley LLP to represent the Company in such bankruptcy case."

Dated: Greenwich, Connecticut
       May 14, 2021

GATEWAY KENSINGTON LLC

By: /s/ John Fareri
    John Fareri, Manager

**Resolution of Board of Managers**
**of**
**GATEWAY KENSINGTON LLC**

Whereas, it is in the best interest of Gateway Kensington LLC (the "Company") to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that John Fareri, in his capacity as Manager of the Company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the Company; and

Be It Further Resolved, that John Fareri, in his capacity as Manager of the Company is authorized and directed to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Company in connection with such bankruptcy case, and

Be It Further Resolved, that John Fareri, in his capacity as Manager of the Company is authorized and directed to employ Kirby Aisner & Curley LLP to represent the Company in such bankruptcy case.

Dated: Greenwich, Connecticut
       May 14, 2021

By: /s/ John Fareri
    John Fareri, Manager