UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x
: 
In re : Chapter 11
:
GATEWAY KENSINGTON LLC, : Case No. 21-22274 (RDD)
:
Debtor. :
:
---------------------------------------------------------- x

# ORDER APPROVING APPOINTMENT OF EXAMINER

Upon the application, dated October 4, 2021 of the United States Trustee for an order approving the U.S. Trustee's appointment of Fred Stevens, Esq. as the examiner in this case, as directed by the Court's Order dated September 27, 2021; and it appearing that Fred Stevens, Esq., a disinterested person within the meaning of 11 U.S.C. §101(14), has been appointed by the United States Trustee as examiner in the above-captioned reorganization case of Gateway Kensington LLC; and after due deliberation and sufficient cause appearing; and no additional notice or a hearing being required, it is hereby

ORDERED, that the appointment of Fred Stevens, Esq., as examiner, is approved in the bankruptcy case of Gateway Kensington LLC, pursuant to 11 U.S.C. § 1104(d).

Dated: New York, New York
      October 4, 2021

                                                    */s/Robert D. Drain*
                                                    United States Bankruptcy Judge