**Closing Statement**

**Gateway Kensington LLC**
**to**
**Richard Vissa and Keiko Vissa**

**Premises:**
**Unit  104**
**15 Kensington Road, Bronxville, NY 10708**

**Date:**
**July 22, 2021**

| | |
|---|---|
| **Sellers:** | **Gateway Kensington LLC** |
| **Seller's Attorney:** | **Priolet & Associates, P.C.**<br>**By: Claude P. Priolet, Esq.** |
| **Purchaser:** | **Richard Vissa**<br>**Keiko Vissa** |
| **Purchaser's Attorney:** | **Pollock & Maguire, LLP**<br>**By: Theresa N. Maguire, Esq.** |
| **Title Insurance Company:** | **Radian Title Insurance Inc., by its agent**<br>**Thoroughbred Title Services, LLC**<br>**By: _____** |

| | Seller's Credits | Purchaser's Credits |
|---|---|---|
| **I. Contract Payments / Closing Adjustments** | | |
| Purchase Price | $1,900,000.00 | |
| Downpayment | | $190,000.00 |
| 2021 Town Tax | | |
| $5,417.96  / year    PAID | | |
| 163       days @   $14.84   / day | $2,418.92 | |
| 2021-22 School Tax | | |
| $12,173.88  / year   1st 1/2   PAID | | |
| 163       days @   $33.35   / day | $5,436.05 | |
| 2021-22 Village Tax | | |
| $2,945.71   / year   1ST 1/2   PAID | | |
| 132       days @   $8.07   / day | $1,065.24 | |
| July       Common Charges | | |
| $1,647.62  / month   PAID | | |
| 10       days @   $53.15   / day | $531.50 | |
| Subtotals | $1,909,451.71 | $190,000.00 |
| Due to Seller at Closing | $1,719,451.71 | |

**II. Funds due Seller from Purchaser**

| | |
|---|---|
| Certified, Cashier's Check, or Wire Transfer payable to Sterling National Bank | $1,357,906.50 |
| Certified, Cashier's Check, or Wire Transfer payable to Priolet & Associates, P.C., as attorney | $361,545.21 |
| Total Funds paid to Seller from Purchaser | $1,719,451.71 |

**III. Purchaser's Additional Costs**

| | |
|---|---|
| Working Capital Contribution to VillaBXV Condominium | $3,295.24 |
| Move-In Depost to VillaBXV Condominium | $500.00 |
| August      Common Charges to VillaBXV Condominium | $1,647.62 |
| New York State Mansion Tax to Thoroughbred Title Services, LLC | $19,000.00 |

**IV. Seller's Expenses**

| | |
|---|---|
| Sponsor's Legal Fee to Priolet & Associates, P.C. | $1,250.00 |
| NYS Transfer Tax to Thoroughbred Title Services, LLC | $7,600.00 |
| Realtor's Commission (subject to Bankruptcy Court approval) to be held in escrow by Kirby Aisner & Curley LLP | $76,000.00 |
| Seller's Recording and Search Fees payable to Thoroughbred Title Services, LLC | $735.24 |
| Total Seller's Expenses | $85,585.24 |

**V. Escrow Reconciliation**

| | | |
|---|---|---|
| Downpayment Funds Deposited | | $190,000.00 |
| Plus Funds Received at Closing | | $361,545.21 |
| Less Total Seller's Expenses | $85,585.24 | |
| Plus Accrued Interest | | $0.00 |
| Less Accrued Interest paid to Purchaser | $0.00 | |
| Refund to Gateway Kensington LLC Debtor In Possession | $465,959.97 | |