# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>GATEWAY KENSINGTON LLC | CASE NO: 21-22274<br><br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 11 |

On 5/11/2022, I did cause a copy of the following documents, described below,

Order Approving Debtor's Second Amended Disclosure Statement and Scheduling Hearing to Consider Confirmation of Debtor's Second Amended Chapter 11 Plan of Reorganization; and

Debtor's Second Amended Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code for the Debtor's Second Amended Plan or Reorganization;

Ballot

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 5/11/2022

/s/ Erica R. Aisner
Erica R. Aisner
Attorney for Debtor
Kirby Aisner & Curley LLP
700 Post Road, Ste. 237
Scarsdale, NY 10583
914 401 9500
bleonardo@kacllp.com

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

IN RE:

GATEWAY KENSINGTON LLC

CASE NO: 21-22274

**CERTIFICATE OF SERVICE DECLARATION OF MAILING**

Chapter: 11

On 5/11/2022, a copy of the following documents, described below,

Order Approving Debtor's Second Amended Disclosure Statement and Scheduling Hearing to Consider Confirmation of Debtor's Second Amended Chapter 11 Plan of Reorganization; and

Debtor's Second Amended Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code for the Debtor's Second Amended Plan or Reorganization;

Ballot

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 5/11/2022

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Erica R. Aisner
Kirby Aisner & Curley LLP
700 Post Road, Ste. 237
Scarsdale, NY  10583

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL (D)=DUPLICATE ADDRESS
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| WESCORP<br>500 WPA LLC<br>THE GATEWAY DEVELOPMENT GROUP<br>GREENWICH PREMIER SERVICES CO.<br>ONE GREENWICH OFFICE PARK SOUTH STE 350<br>GREENWICH CT 06831 | AAA/AMERICAN ARBITRATION ASSOCIATION<br>1301 ATWOOD AVE SUITE 211N<br>JOHNSTON RI 02919 | BENJAMIN & KATIE STEWART<br>15 KENSINGTON ROAD UNIT 311<br>BRONXVILLE NY 10708 |
| CATHY & DOUG TVETER<br>15 KENSINGTON ROAD UNIT 104<br>BRONXVILLE NY 10708 | COCOON NAPLES LLC<br>17 EAST PUTNAM AVENUE<br>GREENWICH CT 06830 | D AGOSTINO LEVINE LANDESMAN &<br>LEDERMAN LLP<br>345 SEVENTH AVE 23 FL<br>NEW YORK NY 10001 |
| GREATER WESTCHESTER WINDOW CLEANING<br>PO BOX 589<br>KATONAH NY 10536 | HOWARD P. MAGALIFF<br>RICH MICHAELSON MAGALIFF LLP<br>335 MADISON AVENUE 9TH FLOOR<br>NEW YORK NY 10017 | GREENWICH WINDOW TREATMENTS<br>79 E. PUTNAM AVENUE<br>GREENWICH CT 06830 |
| HINCKLEY ALLEN & SNYDER LLP<br>20 CHURCH STREET<br>HARTFORD CT 06103 | HOULIHAN LAWRENCE INC.<br>4 VALLEY ROAD<br>BRONXVILLE NY 10708 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>P.O. BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| JAMES & TRACY MCKEE<br>15 KENSINGTON ROAD UNIT<br>BRONXVILLE NY 10708 | THERESA A. DRISCOLL<br>MORITT HOCK & HAMROFF LLP<br>400 GARDEN CITY PLAZA<br>GARDEN CITY NY 11530 | STEVEN L. LEVITT ESQ<br>TREVOR M. GOMBERG ESQ.<br>LEVITT LLP<br>129 FRONT STREET<br>MINEOLA NY 11501 |
| JOSEPH PASTORE ESQ.<br>PASTORE & DAILEY LLC<br>4 HIGH RIDGE PARK THIRD FLOOR<br>STAMFORD CT 06905 | JEFFREY D BUSS<br>SMITH BUSS & JACOBS LLP<br>733 YONKERS AVENUE SUITE 200<br>YONKERS NY 10704 | JIM DEADY<br>15 KENSINGTON ROAD UNIT 211<br>BRONXVILLE NY 10708 |
| ROBERT LESLIE RATTET ESQ.<br>JAMES B. GLUCKSMAN ESQ.<br>DAVIDOFF HUTCHER & CITRON LLP<br>605 THIRD AVENUE<br>NEW YORK NY 10158 | SEYMOUR JEAN LLC<br>C/O JAMES R. ANDERSON ESQ.<br>600 MAMARONECK AVE SUITE 400<br>HARRISON NY 10528 | JOSHUA STUMACHER & BETHANY HARDING<br>15 KENSINGTON ROAD UNIT 312<br>BRONXVILLE NY 10708 |
| MCDERMOTT PAINT & WALLPAPER INC.<br>35 SPRING STREET<br>GREENWICH CT 06830 | MEGHAN B. SULLIVAN<br>15 KENSINGTON ROAD NO. PH-3<br>BRONXVILLE NY 10708 | NYS OFFICE OF THE ATTORNEY GENERAL<br>28 LIBERTY STREET<br>ATTN: BANKRUPTCY COUNSEL<br>NEW YORK NY 10005 |
| NYS DEPT. TAXATION & FINANCE<br>BANKRUPTCY/ SPECIAL PROCEDURES SECTION<br>P.O. BOX 5300<br>ALBANY NY 12205-0300 | RICHARD AND KEIKO VISSA<br>1500 GARDEN STREET 6A<br>HOBOKEN NJ 07030 | MARK S. TULIS ESQ.<br>TULIS WILKES HUFF & GEIGER LLP<br>220 WHITE PLAINS ROAD 2ND FLOOR<br>TARRYTOWN NY 10591 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL (D)=DUPLICATE ADDRESS
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

PKF O CONNOR DAVIES LLP
ACCOUNTANTS & ADVISORS
300 TICE BLVD SUITE 315
WOODCLIFF LAKE NJ 07677

OFFICE OF THE UNITED STATES TRUSTEE
US FEDERAL OFFICE BUILDING
201 VARICK STREET ROOM 1006
ATTN: BRIAN MASUMOTO ESQ.
NEW YORK NY 10014

LEONARD BENOWICH
BENOWICH LAW LLP
1025 WESTCHESTER AVENUE
WHITE PLAINS NY 10604

SETH L. MARCUS
SETH L. MARCUS ESQ.
670 WHITE PLAINS RD - PENTHOUSE
SCARSDALE NY 10583

CHRISTOPHER J REILLY
KLESTADT WINTERS JURELLER
SOUTHARD & STEVENS LLP
200 WEST 41ST STREET 17TH FLOOR
NEW YORK NY 10036

FRED STEVENS
KLESTADT WINTERS JURELLER
SOUTHARD & STEVENS LLP
200 WEST 41ST STREET 17TH FLOOR
NEW YORK NY 10036