# GATEWAY KENSINGTON LLC
## CASHFLOW Projection - 24 Months from Confirmation by Quarter - 6/9/2022

| | | Total | Confirmation | Year 1 | | | | Year 2 | | | | Year 3 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 1st Qtr | 2nd Qtr | 3rd Qtr | 4th Qtr | 1st Qtr | 2nd Qtr | 3rd Qtr | 4th Qtr | 1st Qtr | 2nd Qtr | 3rd Qtr | 4th Qtr |
| **Operating Activity by Unit** | | | | | | | | | | | | | | | |
| 312 | Net Activity | ($2,172.93) | | $7,516.64 | $17,796.03 | ($3,051.96) | ($4,615.29) | ($15,203.06) | ($4,615.29) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| P-3 | Net Activity | $48,789.67 | | $27,405.97 | $43,197.45 | ($15,428.32) | ($6,385.43) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| P-5 | Net Activity | ($31,307.60) | | ($24,478.13) | ($6,829.47) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| FL | Net Activity | $342,247.00 | | $47,170.85 | $47,170.85 | $27,230.53 | $48,242.66 | $48,242.66 | $48,242.66 | $27,704.13 | $48,242.66 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Total Operating Activity** | | $357,556.15 | $0.00 | $57,615.33 | $101,334.86 | $8,750.25 | $37,241.94 | $33,039.60 | $43,627.37 | $27,704.13 | $48,242.66 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Fixed Operating Activity** | | | | | | | | | | | | | | | |
| | Management Fees | ($4,800.00) | | ($600.00) | ($600.00) | ($600.00) | ($600.00) | ($600.00) | ($600.00) | ($600.00) | ($600.00) | $0.00 | $0.00 | $0.00 | $0.00 |
| | Marketing Fees | ($95,000.00) | | ($22,500.00) | ($22,500.00) | ($22,500.00) | ($22,500.00) | ($5,000.00) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Total Fixed Operations** | | ($99,800.00) | $0.00 | ($23,100.00) | ($23,100.00) | ($23,100.00) | ($23,100.00) | ($5,600.00) | ($600.00) | ($600.00) | ($600.00) | $0.00 | $0.00 | $0.00 | $0.00 |
| **Net Cash Flow From Operations** | | $257,756.15 | $0.00 | $34,515.33 | $78,234.86 | ($14,349.75) | $14,141.94 | $27,439.60 | $43,027.37 | $27,104.13 | $47,642.66 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Unit # Sold** | | | | | P-5 | | P-3 | | 312 | | | | | | |
| **Sales Activity** | | | | | | | | | | | | | | | |
| | Sales Price | $6,650,000.00 | | | $2,450,000.00 | | $2,900,000.00 | | $1,300,000.00 | | | | | | |
| | Less: Commissions | ($332,500.00) | | | ($122,500.00) | | ($145,000.00) | | ($65,000.00) | | | | | | |
| | Less: Other Closing Costs | ($38,000.00) | | | ($13,000.00) | | ($13,000.00) | | ($12,000.00) | | | | | | |
| **Net Cash flow from Sales** | | $6,279,500.00 | $0.00 | $0.00 | $2,314,500.00 | $0.00 | $2,742,000.00 | $0.00 | $1,223,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Cash Payments for Estimated Shortfall** | | $6,717,358.69 | $516,719.90 | $516,719.90 | $516,719.90 | $516,719.90 | $516,719.90 | $516,719.90 | $516,719.90 | $516,719.90 | $2,583,599.50 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Total Cash Flow Before Creditor Payments** | | $13,254,614.84 | $516,719.90 | $551,235.23 | $2,909,454.76 | $502,370.15 | $3,272,861.84 | $544,159.50 | $1,782,747.27 | $543,824.03 | $2,631,242.16 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Distributions to Plan Distribution Fund** | | | | | | | | | | | | | | | |
| | Creditors Under $150,000 | ($178,613.84) | ($155,613.84) | | | | | ($16,000.00) | | ($7,000.00) | | | | | |
| | Other Creditors | ($15,457,806.00) | ($2,732,911.06) | ($536,235.23) | ($2,904,454.76) | ($497,370.15) | ($3,276,861.84) | ($539,159.50) | ($1,770,747.27) | ($543,824.03) | ($2,656,242.16) | $0.00 | $0.00 | $0.00 | $0.00 |
| **Total Distributions to Plan Distribution Fund** | | ($15,636,419.84) | ($2,888,524.90) | ($536,235.23) | ($2,904,454.76) | ($497,370.15) | ($3,292,861.84) | ($539,159.50) | ($1,777,747.27) | ($543,824.03) | ($2,656,242.16) | $0.00 | $0.00 | $0.00 | $0.00 |
| **Total Adminstrative Costs** | | ($140,000.00) | ($100,000.00) | ($15,000.00) | ($5,000.00) | ($5,000.00) | ($5,000.00) | ($5,000.00) | ($5,000.00) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Net Cash Flow** | | ($2,521,805.00) | ($2,471,805.00) | $0.00 | $0.00 | $0.00 | ($25,000.00) | $0.00 | $0.00 | $0.00 | ($25,000.00) | $0.00 | $0.00 | $0.00 | $0.00 |
| **Cash Balance, Beginning** | | $2,521,805.00 | $2,521,805.00 | $50,000.00 | $50,000.00 | $50,000.00 | $50,000.00 | $25,000.00 | $25,000.00 | $25,000.00 | $25,000.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Cash Balance, Ending** | | $0.00 | $50,000.00 | $50,000.00 | $50,000.00 | $50,000.00 | $25,000.00 | $25,000.00 | $25,000.00 | $25,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2.26% | Federal Interest 6/7/2022 | | | | | | | | | | | | | | |
| **Additional Interest Expense** | | ($335,766.44) | | ($72,025.61) | ($68,995.88) | ($52,585.71) | ($49,775.57) | ($31,170.90) | ($28,124.65) | ($18,080.37) | ($15,007.77) | | | | |