KIRBY AISNER & CURLEY LLP
*Attorneys for the Reorganized Debtor*
700 Post Road, Suite 237
Scarsdale, New York 10583
(914) 401-9500
Erica R. Aisner, Esq.
EAisner@kacllp.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
In re:

GATEWAY KENSINGTON LLC,

    Chapter 11
    Case No. 21-22274 (SHL)
    Post-Confirmation

                              Debtor.
-------------------------------------------------------------------X

## NOTICE OF OCCURANCE OF THE EFFECTIVE DATE OF DEBTOR'S THIRD AMENDED CHAPTER 11 PLAN

**PLEASE TAKE NOTICE** that, on June 21, 2022, the United States Bankruptcy Court for the Southern District of New York entered an Order Confirming Debtor's Third Amended Chapter 11 Plan (the "Plan") Pursuant to 11 U.S.C. Section 1129 [ECF Docket No. 175].

**PLEASE TAKE FURTHER NOTICE,** that pursuant to Section 1.24 of the Plan, the Plan became effective on July 6, 2022.

Dated: August 16, 2022
      Scarsdale, New York

                                          KIRBY AISNER & CURLEY LLP
                                          Attorneys for the Reorganized Debtor

                                          By*: /s/ Erica R. Aisner*
                                                700 Post Road, Suite 237
                                                Scarsdale, New York 10583
                                                (914) 401-9500